## BLACKWELL v. CITY OF REIDSVILLE

No. 276P98

Case below: 129 N.C.App. 759

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

## BUNCOMBE COUNTY DSS v. HARDIN

No. 429P98

Case below: 130 N.C.App. 610

Petition by petitioner for discretionary review pursuant to G.S. 7A-31f denied 3 December 1998.